# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 19-2814

———————————————

Ruth Richter

*Plaintiff - Appellant*

v.

Joan Campbell

*Defendant - Appellee*

——————————

Appeals from United States District Court
for the District of Nebraska - Omaha

——————————

Submitted: November 26, 2019
Filed: December 13, 2019
[Unpublished]

——————————

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Ruth Richter appeals after the district court[1] dismissed her complaint. Upon careful review of the record and Richter's arguments on appeal, we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.